# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL CASE NO.:** |
| | ) **1:17-CV-1893-VEH** |
| | ) |
| **PAC ENTERPRISES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER DISMISSING CASE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice, (doc. 22). Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 1st day of March, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge